**Loan Originations**
P.O. Box 102405
Columbia, SC 29224


SOUTH CAROLINA Student Loan

**Repayment Services**
P.O. Box 102423
Columbia, SC 29224

8906 Two Notch Rd. • Columbia, SC 29223
www.scstudentloan.org • 800-347-2752 • 803-798-0916

March 20, 2015

United States Bankruptcy Court
Clerk of the Court
PO Box 1487
Augusta, GA 30903

Ref:   Case# 11-11340
       Debtors: Tammy L. Winston
       Creditor Name: SC Student Loan Corp

To Whom It May Concern:

This letter is to inform you that we have a new mailing address. Please update your records to replace our previous address:

South Carolina Student Loan Corp.
PO BOX 21337
Columbia SC 29221

South Carolina Student Loan Corp.
PO BOX 102400
Columbia SC 29224

With the following new address:

South Carolina Student Loan Corp.
PO BOX 102425
Columbia SC 29224-2425

Thank you for your prompt attention to this matter.

Benita Hecker
*BHecker*